**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
**BROWNING, DEBBIE R.**   Case No: 6:15-bk-00321-ABB
      **Debtor**    /   Chapter 13

## THIRD AMENDED Chapter 13 Plan

COMES NOW the Debtors by and through their undersigned attorney and file this THIRD Amended Chapter 13 Plan, as follows:

The projected disposable income of the debtor is submitted to the supervision and control of the Chapter 13 Trustee, and the debtor shall pay the following sums to the Chapter 13 Standing Trustee.

| Payment Number | Amount | Due Dates |
|---|---|---|
| 1 – 3 | $1,341.00 | Feb 13, 2015 – Apr 13, 2015 |
| 4 - 7 | $938.00 | May 13, 2015 – Aug 13, 2015 |
| 8 – 59 | $2,695.00 | Sep 13, 2015 – Dec 13, 2019 |
| 60 | $53,300.00 | Jan 13, 2020 |

The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN 38101-1103, with the Debtor(s)' name and case number **(6-15-bk-00321-ABB)** clearly indicated thereon. Payments will begin on the date set forth in the Order Establishing Deadline for Making Payments, and payments will continue in the above amount for the duration of the Chapter 13 Plan.

**PAYMENT OF CLAIMS THROUGH PLAN**

**PAYMENTS & DISBURSEMENTS ARE MADE AS LISTED ON EXHIBIT A**

**PRIORITY:** The Chapter 13 Standing Trustee percentage fee (6%), as established by the U.S. Trustee, and:

**PRIORITY CLAIM (Attorney Fees):**

| Attorney Name | Claim Amount | Payment Amt/No |
|---|---|---|
| Jeffrey Kaplan<br>Balance of Fees Due in Plan<br>Attorney Maintenance Fees<br>Mortgage Modification Fees | $2,310.00<br>$2,700.00<br>$1,800.00 | See Exhibit A |

**OTHER PRIORITY CLAIMS:**

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
|  |  |  | See Exhibit A |

**CHAPTER 13 PLAN 1 - 3**

**SECURED CLAIMS:** To include On-going Payments continue beyond the term of the Plan, pursuant to the applicable Note and Mortgage; auto payments; secured tax claims; PMSI Payments:

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
| 8 | Wells Fargo #2508 | $368,771.84 | See Exhibit A |
| 3 | Seminole County Tax Collector<br>Paid through Mortgage Per Attachment to Claim | $3,090.59 | See Exhibit A |

*Denotes this is a secured creditor that has not yet filed a proof of claim as of the date of this plan.*

**SECURED ARREARAGES:**

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
| 108 | Wells Fargo - | $63,108.06 | See Exhibit A |
| 8 | Wells Fargo – Post Petition | $7,380.07 | See Exhibit A |

**SECURED GAP:**   One additional post-Petition mortgage payment that covers one payment due after the Plan has completed.

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
| 208 | Wells Fargo | $1,727.47 | See Exhibit A |

**COLLATERAL TO BE SURRENDERED:**   *Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing.  The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.*

| Claim # | Creditor | Property Description |
|---|---|---|
|  |  |  |

**VALUATION OF CLAIM/MORTGAGES TO BE VALUED/STRIPPED:**

| Claim # | Creditor Name | Claim Amt | Value | Amt of Unsecured |
|---|---|---|---|---|
| * | Santander | $12,934.00 | $3,250.00 | $9,684.00 |
| 7 | Tuskaridge Community Assoc. 1st Mtg i/a/o $361,107.01 | $4,257.19 | $194,500.00 | $4,257.19 |

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**          **Description of Collateral:**                    **Month Numbers**:


**The following Executory Contracts are rejected**:
**Name of Creditor:**                                              **Description of Collateral:**

**CHAPTER 13 PLAN 2 - 3**

**UNSECURED CREDITORS:** Unsecured creditors whose claims have been timely filed and allowed shall receive a pro-rata distribution after payment of the above-stated claims as proposed above   Approximate Percentage: __0__ %

### OTHER PROVISIONS:

### REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s)' general unsecured creditors for the duration of this case.  The Debtor(s) shall mail any and all tax refunds to the chapter 13 Standing Trustee's payment address as stated above.  The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee.

The Debtor(s) are required to provide the Chapter 13 Standing Trustee with copies of their income tax returns each year and for the duration of this case.  The Debtor(s) shall mail a **copy** (do not mail original returns) of their income tax returns each year by April 30th to the Debtor(s)' attorney and to the Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL  32790-3450 *(tax returns only – no payments to this address)*

The debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case.  Proof of payment of all post-petition taxes is required.

If the Debtor(s)' income increases during the duration of this case, the Debtor(s) must commit the debtor(s) excess income to the Plan for the benefit of the Debtor(s) creditors.

/s/DEBBIE BROWNING//
Debbie Browning

        /s/JEFFREY L. KAPLAN
        Jeffrey L. Kaplan
        Kaplan Law Firm, P.L.
        130 Remington Drive
        Suite 1000
        Oviedo, FL  32765
        (407)706-6700
        Attorney for Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided on this 3rd day of August 2015 to the Chapter 13 Trustee via electronic transmission and all creditors listed in the attached matrix by U.S. Mail.

        /s/JEFFREY L. KAPLAN
        Jeffrey L. Kaplan

**CHAPTER 13 PLAN 3 - 3**

| | | Claim Amt | | | | | | $4,110.00 | | | $2,700.00 | | | $103,648.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BROWNING** | | **DUE DATE** | | | | | | Atty | | | Atty | | | Wells Fargo |
| **15-00321** | | 02/12/2015 | Total Due | | | 6.0% | | Fees | | | Mainteance | | | #8 |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | | | | | | |
| | 60 | | | 60 | | | | | | | | | | |
| 02/12/2015 | 1 | $0.00 | | | $1,341.00 | $80.46 | | $259.80 | | | $0.00 | | | $1,000.74 |
| 03/12/2015 | 2 | $0.00 | $2,682.00 | | $1,341.00 | $80.46 | | $259.80 | | | $0.00 | | | $1,000.74 |
| 04/12/2015 | 3 | $0.00 | $4,023.00 | 3 at | **$1,341.00** | $80.46 | 3 at | **$259.80** | | | $0.00 | 3 at | **$1,000.74** |
| 05/12/2015 | 4 | $0.00 | $4,961.00 | | $938.00 | $56.28 | | $366.37 | | | $0.00 | | | $465.02 |
| 06/12/2015 | 5 | $0.00 | $5,899.00 | | $938.00 | $56.28 | | $366.37 | | | $0.00 | | | $465.02 |
| 07/12/2015 | 6 | $0.00 | $6,837.00 | | $938.00 | $56.28 | 3 at | **$366.37** | | | $0.00 | | | $465.02 |
| 08/12/2015 | 7 | $0.00 | $7,775.00 | 4 at | **$938.00** | $56.28 | 1 at | **$350.93** | 7 at | **$0.00** | 4 at | **$465.02** |
| 09/12/2015 | 8 | $0.00 | $10,370.00 | | $2,595.00 | $155.70 | 1 at | **$546.06** | 1 at | **$100.00** | | | $1,727.47 |
| 10/12/2015 | 9 | $0.00 | $12,965.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 11/12/2015 | 10 | $0.00 | $15,560.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 12/12/2015 | 11 | $0.00 | $18,155.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 01/12/2016 | 12 | $0.00 | $20,750.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 02/12/2016 | 13 | $0.00 | $23,345.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 03/12/2016 | 14 | $0.00 | $25,940.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 04/12/2016 | 15 | $0.00 | $28,535.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 05/12/2016 | 16 | $0.00 | $31,130.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 06/12/2016 | 17 | $0.00 | $33,725.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 07/12/2016 | 18 | $0.00 | $36,320.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 08/12/2016 | 19 | $0.00 | $38,915.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 09/12/2016 | 20 | $0.00 | $41,510.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 10/12/2016 | 21 | $0.00 | $44,105.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 11/12/2016 | 22 | $0.00 | $46,700.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 12/12/2016 | 23 | $0.00 | $49,295.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 01/12/2017 | 24 | $0.00 | $51,890.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 02/12/2017 | 25 | $0.00 | $54,485.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 03/12/2017 | 26 | $0.00 | $57,080.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 04/12/2017 | 27 | $0.00 | $59,675.00 | | $2,595.00 | $155.70 | | $64.33 | | | $50.00 | | | $1,727.47 |
| 05/12/2017 | 28 | $0.00 | $62,270.00 | | $2,595.00 | $155.70 | 20 at | **$64.33** | | | $50.00 | | | $1,727.47 |
| 06/12/2017 | 29 | $0.00 | $64,865.00 | | $2,595.00 | $155.70 | 1 at | **$47.90** | | | $50.00 | | | $1,727.47 |
| 07/12/2017 | 30 | $0.00 | $67,460.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 08/12/2017 | 31 | $0.00 | $70,055.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 09/12/2017 | 32 | $0.00 | $72,650.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 10/12/2017 | 33 | $0.00 | $75,245.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 11/12/2017 | 34 | $0.00 | $77,840.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 12/12/2017 | 35 | $0.00 | $80,435.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 01/12/2018 | 36 | $0.00 | $83,030.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 02/12/2018 | 37 | $0.00 | $85,625.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 03/12/2018 | 38 | $0.00 | $88,220.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 04/12/2018 | 39 | $0.00 | $90,815.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 05/12/2018 | 40 | $0.00 | $93,410.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 06/12/2018 | 41 | $0.00 | $96,005.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 07/12/2018 | 42 | $0.00 | $98,600.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 08/12/2018 | 43 | $0.00 | $101,195.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 09/12/2018 | 44 | $0.00 | $103,790.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 10/12/2018 | 45 | $0.00 | $106,385.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 11/12/2018 | 46 | $0.00 | $108,980.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 12/12/2018 | 47 | $0.00 | $111,575.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 01/12/2019 | 48 | $0.00 | $114,170.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 02/12/2019 | 49 | $0.00 | $116,765.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 03/12/2019 | 50 | $0.00 | $119,360.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 04/12/2019 | 51 | $0.00 | $121,955.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 05/12/2019 | 52 | $0.00 | $124,550.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 06/12/2019 | 53 | $0.00 | $127,145.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 07/12/2019 | 54 | $0.00 | $129,740.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 08/12/2019 | 55 | $0.00 | $132,335.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 09/12/2019 | 56 | $0.00 | $134,930.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 10/12/2019 | 57 | $0.00 | $137,525.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 11/12/2019 | 58 | $0.00 | $140,120.00 | | $2,595.00 | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 12/12/2019 | 59 | $0.00 | $142,715.00 | 52 at | **$2,595.00** | $155.70 | | $0.00 | | | $50.00 | | | $1,727.47 |
| 01/12/2020 | 60 | $275.77 | $190,715.00 | 1 at | **$48,000.00** | $2,880.00 | | $0.00 | 52 at | **$50.00** | 53 at | **$1,727.47** |
| | | | | | | | | | | | | | | |
| | | $275.77 | | | $190,715.00 | $11,442.90 | | $4,110.00 | | | $2,700.00 | | | $96,418.21 |
| | | $86,130.36 | | | | | | ATTY | | | | | | |
| | | 0% | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | 0.00 | | | 0.00 | | | 7229.99 |

| Date | # | | | Wells Fargo Post Arrears | | | Wells Fargo #108 | | | Wells Fargo #208 | | | Santander | | | Seminole Cty #3 | | | Tuskaridge #7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $7,229.99 | | | $63,108.06 | | | $1,727.47 | | | $3,702.60 | | | $0.00 3090.59 | | | $0.00 |
| **BROWNING 15-00321** | 60 | | | | | | | | | | | | | | | | | | |
| 02/12/2015 | 1 | | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 | 1 | at | **PD BY MT** | 1 | at | **M2 Strip** |
| 03/12/2015 | 2 | | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 |
| 04/12/2015 | 3 | | | $0.00 | | | $0.00 | | | $0.00 | 3 | at | **$0.00** | | | $0.00 | | | $0.00 |
| 05/12/2015 | 4 | | | $0.00 | | | $0.00 | | | $0.00 | | | $50.33 | | | $0.00 | | | $0.00 |
| 06/12/2015 | 5 | | | $0.00 | | | $0.00 | | | $0.00 | | | $50.33 | | | $0.00 | | | $0.00 |
| 07/12/2015 | 6 | | | $0.00 | | | $0.00 | | | $0.00 | 3 | at | **$50.33** | | | $0.00 | | | $0.00 |
| 08/12/2015 | 7 | | | $0.00 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 09/12/2015 | 8 | 8 | at | **$0.00** | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 10/12/2015 | 9 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 11/12/2015 | 10 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 12/12/2015 | 11 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 01/12/2016 | 12 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 02/12/2016 | 13 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 03/12/2016 | 14 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 04/12/2016 | 15 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 05/12/2016 | 16 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 06/12/2016 | 17 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 07/12/2016 | 18 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 08/12/2016 | 19 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 09/12/2016 | 20 | | | $531.73 | | | $0.00 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 10/12/2016 | 21 | 13 | at | **$531.73** | 21 | at | **$0.00** | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 11/12/2016 | 22 | 1 | at | **$317.50** | 1 | at | **$214.23** | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 12/12/2016 | 23 | | | $0.00 | | | $531.73 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 01/12/2017 | 24 | | | $0.00 | | | $531.73 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 02/12/2017 | 25 | | | $0.00 | | | $531.73 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 03/12/2017 | 26 | | | $0.00 | | | $531.73 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 04/12/2017 | 27 | | | $0.00 | | | $531.73 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 05/12/2017 | 28 | | | $0.00 | 6 | at | **$531.73** | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 06/12/2017 | 29 | | | $0.00 | 1 | at | **$548.16** | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 07/12/2017 | 30 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 08/12/2017 | 31 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 09/12/2017 | 32 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 10/12/2017 | 33 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 11/12/2017 | 34 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 12/12/2017 | 35 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 01/12/2018 | 36 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 02/12/2018 | 37 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 03/12/2018 | 38 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 04/12/2018 | 39 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 05/12/2018 | 40 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 06/12/2018 | 41 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 07/12/2018 | 42 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 08/12/2018 | 43 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 09/12/2018 | 44 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 10/12/2018 | 45 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 11/12/2018 | 46 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 12/12/2018 | 47 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 01/12/2019 | 48 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 02/12/2019 | 49 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 03/12/2019 | 50 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 04/12/2019 | 51 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 05/12/2019 | 52 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 06/12/2019 | 53 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 07/12/2019 | 54 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 08/12/2019 | 55 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 09/12/2019 | 56 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 10/12/2019 | 57 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 11/12/2019 | 58 | | | $0.00 | | | $596.06 | | | $0.00 | | | $65.77 | | | $0.00 | | | $0.00 |
| 12/12/2019 | 59 | | | $0.00 | 30 | at | **$596.06** | 59 | at | **$0.00** | 53 | at | **$65.77** | | | $0.00 | | | $0.00 |
| 01/12/2020 | 60 | | | $0.00 | 1 | at | **$41,273.49** | 1 | at | **$1,727.47** | 1 | at | **$65.80** | | | $0.00 | | | $0.00 |
| | | | | $7,229.99 | | | $63,108.06 | | | $1,727.47 | | | $3,702.60 | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | **0.00** | | | **0.00** | | | **0.00** | | | **0.00** | | | **#VALUE!** | | | **#VALUE!** |

```
Label Matrix for local noticing        Debbie R Browning                      Wells Fargo Bank, N.A.
113A-6                                  1124 Kerwood Circle                   c/o Brad W. Hissing, Esq.
Case 6:15-bk-00321-ABB                  Oviedo, FL 32765-6192                 P.O. Box 800
Middle District of Florida                                                    Tampa, FL 33601-0800
Orlando
Mon Aug  3 15:08:57 EDT 2015

Andrew Scolaro, Esq.                    Ashley Funding Services LLC           Barclays Bank Delaware
1615 South Congress Ave                 c/o Resurgent Capital Services        Attn: Bankruptcy
Suite 200                               PO Box 10587                          P.O. Box 8801
Delray Beach, FL 33445-6326             Greenville, SC  29603-0587            Wilmington, DE 19899-8801


Barclays Bank Delaware                  (p)BANK OF AMERICA                    Bray & Lunsford PA
P.o. Box 8803                           PO BOX 982238                         P.O. Box 53197
Wilmington, DE 19899-8803               EL PASO TX 79998-2238                 Jacksonville, FL 32201-3197



CERASTES, LLC                           Central Florida Regional Medical Center   Chase
C O WEINSTEIN & RILEY, PS               c/o Resurgent Capital Services        Po Box 15298
2001 WESTERN AVENUE, STE 400            PO Box 1927                           Wilmington, DE 19850-5298
SEATTLE, WA 98121-3132                  Greenville, SC 29602-1927


Credit Collections Svc                  Credit Collections Svc                Credit First/CFNA
Po Box 773                              Po Box 9134                           6275 Eastland Road
Needham, MA 02494-0918                  Needham, MA 02494-9134                Brook Park, OH 44142-1399


Credit First/CFNA                       Credit One Bank                       Credit One Bank
Bk13 Credit Operations                  Po Box 98873                          Po Box 98875
Po Box 818011                           Las Vegas, NV 89193-8873              Las Vegas, NV 89193-8875
Cleveland, OH 44181-8011


Dept Of Education/neln                  Discover Bank                         Discover Fin Svcs Llc
121 S 13th St                           DB Servicing Corporation              Po Box 15316
Lincoln, NE 68508-1904                  PO Box 3025                           Wilmington, DE 19850-5316
                                        New Albany, OH  43054-3025


Equinox Fin                             FL Dept of Revenue                    (p)FAIRWINDS CREDIT UNION
2720 South River R                      P.O. Box 5139                         3075 N ALAFAYA TRAIL
Des Plaines, IL 60018-4106              Tallahassee, FL 32314-5139            ORLANDO FL 32826-3259



Florida Department of Revenue           Florida Dept of Revenue               Florida Dept of Revenue
Bankruptcy Unit                         Attn General Counsel                  Maitland Service Center
Post Office Box 6668                    Po Box 6668                           2301 Maitland Center Pkwy
Tallahassee FL 32314-6668               Tallahassee, FL 32314-6668            Suite 160
                                                                              Maitland, FL 32751-4192

GE Money Bank                           GECRB/Amazon                          GECRB/Amazon
Attn: Bankruptcy Dept                   Attn: Bankruptcy                      Po Box 965015
P.O. Box 103104                         Po Box 103104                         Orlando, FL 32896-5015
Roswell, GA 30076-9104                  Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164-0378 | IC System<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Larsen & Associates<br>300 South Orange Ave<br>Suite 1200<br>Orlando, FL 32801-3378 | Mark L Browning<br>11527 Casa Marina Way<br>Apt 301<br>Tampa FL 33635-6364 | Nelnet,<br>3015 South Parker Road,<br>Suite 400,<br>Aurora, CO 80014-2904 |
| Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/targetcred<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3401 |
| Tuskaridge Community Assoc<br>c/o Registered Agent<br>Theresa D. Sutherland<br>107 N. Line Dr.<br>Apopka, FL 32703-4813 | U.S. Department of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | WELLS FARGO BANK, N.A.<br>ATTN: BANKRUPTCY DEPARTMENT<br>MAC#T7416-023<br>4101 WISEMAN BLVD.<br>SAN ANTONIO, TX 78251-4200 |
| Wachovia Mortgage<br>4101 Wiseman Blvd # Mc-T<br>San Antonio, TX 78251-4200 | Wachovia Mortgage<br>Bankruptcy Dept (T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265-9558 | Wells Fargo<br>P.O. Box 105693<br>Atlanta, GA 30348-5693 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Brad W. Hissing +<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601-0800 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Alice A Blanco +<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road Northeast - Suite 500<br>Atlanta, GA 30305-1623 | Jeffrey L Kaplan +<br>Kaplan Law Firm PL<br>130 Remington Drive<br>Suite 1000<br>Oviedo, FL 32765-4006 | Elizabeth McCausland +<br>Liz McCausland, PA<br>545 Delaney Avenue<br>Suite 7<br>Orlando, FL 32801-3866 |
| Charles Eldredge +<br>Laren & Associates PL<br>300 S. Orange Avenue<br>Suite 1200<br>Orlando, FL 32801-3378 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                              Fairwinds Credit Union
Po Box 982235                           3075 N. Alafaya Trail
El Paso, TX 79998                       Orlando, FL 32826
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Tuskaridge Community Association, Inc     (u)Wells Fargo Home Mortgage a division of We     End of Label Matrix
                                                                                               Mailable recipients    54
                                                                                               Bypassed recipients     2
                                                                                               Total                  56
```